NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**YONGJIANG YIN AND SHENZHEN EL LIGHTING CO. LTD.,**
*Appellant*

**v.**

**SURE-FIRE ELECTRICAL CORPORATION,**
*Cross-Appellant*

---

2016-2686, 2016-2728

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-01448.

---

**JUDGMENT**

---

AARON P. BRADFORD, Bradford, Ltd., Denver, CO, argued for appellant. Also represented by ANDREA M. LAFRANCE; DAVID B. KELLIS, Sheridan Ross, PC.

SAMUEL LEWIS WALLING, Jones Day, Minneapolis, MN, argued for cross-appellant. Also represented by RYAN MICHAEL SCHULTZ, Robins Kaplan LLP.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, O'MALLEY, and HUGHES, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| November 13, 2017 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |